**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2435**

_____

MOLLI TRISH CABRERA; DARLENE ELIZABETH CARTER,

                Plaintiffs - Appellants,

       v.

DONTA CORNELIUS BROWN; WESTERN EXPRESS, INCORPORATED,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Stephanie A. Gallagher, Magistrate
Judge.  (1:12-cv-00041-SAG)

_____

Submitted:  April 29, 2013         Decided:  May 2, 2013

_____

Before KING, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Solomon M. Sterenberg, STEIN SPERLING BENNETT DEJONG DRISCOLL,
PC, Rockville, Maryland, for Appellants.  Charles B. Peoples,
THOMAS, THOMAS & HAFER, LLP, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Molli Trish Cabrera and Darlene Elizabeth Carter ("Appellants") appeal the magistrate judge's sanctions order and the order granting summary judgment in favor of Donta Cornelius Brown and Western Express, Incorporated in Appellants' civil action.[*]  We have reviewed the parties briefs and the joint appendix and find no reversible error.  Accordingly, we affirm for the reasons stated by the magistrate judge.  <u>Cabrera v. Brown</u>, No. 1:12-cv-00041-SAG (D. Md. Aug. 28 & Sept. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).

2